IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**vs.**

**ANTOINE NORMAN,**

 **Defendant.**        **Case No. 06-30027-DRH**

## ORDER

**HERNDON, District Judge:**

 Pending before the Court is Defendant's Motion to Withdraw as Counsel. (Doc. 45.) Due to a potential conflict of interest, Defendant's current counsel, Steven Stenger, requests leave to withdraw from this case. The Court **GRANTS** this motion. (Doc. 45.) In addition, the Court **APPOINTS** attorney L. Steven Goldblatt as CJA counsel to represent Defendant in this matter.

 **IT IS SO ORDERED.**

 Signed this 7th day of December, 2006.

           /s/  David RHerndon
           **United States District Judge**