IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ANTOINE DELANCEY NORMAN,** ) | |
| ) | |
| **Defendant.** ) | No. 06-CR-30027 |

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant. (Doc. 49.) The motion is unopposed. The Court finds that the trial should be postponed because Defendant's counsel was only recently appointed to represent Defendant, and therefore, the Court finds that Defendant's counsel requires more time to prepare for trial and to deny this motion would impose a manifest miscarriage of justice on the Defendant. In addition, Defendant and the Government are involved in ongoing plea negotiations that might lead to a proffer and a plea in this matter. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant a continuance would deny counsel for Defendant the reasonable time necessary to adequately prepare for trial and would deny both parties the opportunity to thoroughly explore the

1

possibility of a satisfactory plea agreement. Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 49) and continues the trial scheduled for December 18, 2006 for Defendant until April 30, 2007. The time from the date Defendant's motion was raised, December 13, 2006, until the date on which the trial is rescheduled, April 30, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 15th day of December, 2006.

/s/      David  RHerndon
**United States District Judge**