IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE NORMAN,

    Defendant.                                      Case No. 06-30027-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendant's Motion to Compel Discovery (Doc. 56) and Defendant's Motion to Withdraw the Motion to Compel Discovery (Doc. 58). Being fully advised in the premises, the Court **GRANTS** Defendant's Motion to Withdraw (Doc. 58) and **WITHDRAWS** Defendant's Motion to Compel Discovery.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2007.

                                                   /s/         David   RHerndon
                                                   **United States District Judge**