IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE NORMAN,

    Defendant.                                        Case No. 06-30027-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Defendant's amended motion for contact visits with Norman at court or to have Norman detained in Alton, Illinois or Mount Vernon, Illinois. (Doc. 62.) The Court understands that Defendant's current placement makes it difficult for Defendant's counsel to meet with him. However, the Court is not in the position to make decisions regarding the placement of Defendant. Therefore, Defendant's motion is **DENIED**. (Doc. 62.) However, in the alternative, the Court **DIRECTS** that Defendant's counsel, L. Stephen Goldblatt, shall give written notice to the United States Marshall Service ("USMS") when he wishes to meet with Defendant. The USMS shall advise Mr. Goldblatt when they will have Defendant in the USMS lockup in East St. Louis, Illinois.[1] The USMS may, therefore, arrange to bring Defendant to East St. Louis when it is bringing other prisoners to East St.

---

[1] The USMS may notify Mr. Goldblatt in writing at Goldblatt Law Firm, 201 South Central, Suite 206, St. Louis, MO 63105; by phone at 314-397-0837; or by fax at 314-569-4010. The USMS shall give Mr. Goldblatt reasonable notice of when Defendant will be made available.

Louis, as long as that arrangement can be made within 14 days of Defendant's counsel's request, or if not, then the USMS shall arrange transportation for Defendant to East St. Louis individually within 14 days of Defendant's counsel's request. Alternatively, the USMS may, in its discretion, choose to detain Defendant in a facility within one hour of the courthouse. If the USMS finds this 14 day time period unworkable, if may ask for reconsideration of the time period.

**IT IS SO ORDERED.**

Signed this 30th day of March, 2007.

/s/       David   RHerndon
**United States District Judge**