IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE NORMAN,

    Defendant.                                       Case No. 06-30027-DRH

## ORDER

**HERNDON, District Judge:**

        Pending before the Court is Defendant's motion for issuance of writ of habeas ad testificandum. (Doc. 64.)  Specifically, Defendant moves the Court for a writ of habeas corpus ad testificandum of inmate Curtis J. Faulkner confined in FCI-Oxford Wisconsin.  Defendant believes Mr. Faulkner is a key witness who may give critical testimony negating criminal intent.  Said motion is **GRANTED**.  The Court **ORDERS** the Warden of FCI-Oxford Wisconsin to have and produce Curtis J. Faulkner on Monday, April 30, 2007 at 9:00 a.m. to the United States District Court for the Southern District of Illinois and at the termination of said case to return Neal to FCI-Oxford Wisconsin.

        **IT IS SO ORDERED.**

        Signed this 10th day of April, 2007.

                                                    /s/        David    RHerndon
                                                  **United States District Judge**