IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE NORMAN,

    Defendant.                                            Case No. 06-30027-DRH

### ORDER

**HERNDON, District Judge:**

        Pending before the Court is a Motion for Reconsideration of Order for Issuance of Writ of Habeas Ad Testificandum filed by Curtis Faulkner, Jr. (Doc. 68) and Defendant's Motion for Withdrawal of Issuance of Writ of Habeas Ad Testificandum for Curtis L. Faulkner (Doc. 71). Being fully advised in the premises, the Court **GRANTS** Defendant's Motion to Withdraw (Doc. 71) and **VACATES** its April 10, 2007 Order granting Defendant's motion for issuance of writ of habeas ad testificandum (Doc. 65). Curtis Faulkner, Jr.'s Motion for Reconsideration (Doc. 68) is, therefore, **MOOT**.

        **IT IS SO ORDERED.**

        Signed this 12th day of April, 2007.

                                                        /s/      David RHerndon
                                                       **United States District Judge**