IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**ANTOINE NORMAN,**

    **Defendant.**                                    **Case No. 06-30027-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

        Now before the Court is Defendant's Third Motion for Expert Services (Doc. 75). Being fully advised in the premises, the Court **GRANTS** Defendant's Third Motion for Expert Services (Doc. 75). Defendant may spend up to $100.00 for a Madison County Plat. In addition, pursuant to Defendant's motion (Doc. 75), the Court **WITHDRAWS** Defendant's first and second motions for expert services (Docs. 66, 74).

        **IT IS SO ORDERED.**

        Signed this 20th day of April, 2007.

                                                /s/        David   RHerndon
                                                **United States District Judge**