IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 06-CR-30027-DRH** |
| ) | |
| **ANTOINE D. NORMAN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Antoine D. Norman's Motion to Continue Sentencing. (Doc. 104.) The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 104.) The sentencing is now set for September 26, 2007 at 9:30 a.m.

**IT IS SO ORDERED**.

Signed this 29th day of August, 2007.

/s/       DavidRHerndon
**United States District Judge**